PROB 12B
(7/93)

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 03 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision

Name of Offender: Darryl K. Nitta                    Case Number: 2:05CR-00173-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Judge

Date of Original Sentence: 11/5/2001                 Type of Supervision: Supervised Release

Original Offense: Travel with Intent to Engage in a  Date Supervision Commenced: 4/16/2003
Sexual Act With a Juvenile, 18 U.S.C. § 2423(b)

Original Sentence: Prison - 18 Months; TSR - 36      Date Supervision Expires: 4/15/2006
Months

---

### PETITIONING THE COURT

To modify the defendants supervision conditions by eliminating the 100 community service hours the offender is to perform in exchange for Mr. Nitta paying the cost of the polygraph tests he must take.

### CAUSE

The defendant has attempted to do community service hours, however, because the offense of conviction is a sex offense, most community service sites will not allow a sex offender to perform community service hours. He has performed 8 hours, however, he has had to take his wife with him to do the hours in order that appropriate supervision is provided. In all fairness to his family, they should not have to supervise him in order that his community service be accomplished. Mrs. Nitta has been very concerned about not placing her husband in any compromising situations. She supervises him at any location outside of their home where children may be present. Mr. Nitta has done well on supervision. He has been actively involved in sex offender therapy for over 2 years. His therapists are pleased with his progress. He is a supervisor at his job at Huntwood Industries. Local authorities have classified him as a Level 1 sex offender. The cost of each polygraph test he will be taking is $175.

Respectfully submitted,

by  *[signature]*

Anne L. Sauther
U.S. Probation Officer
Date: September 30, 2005

Prob 12B

Re: Nitta, Darryl K
September30, 2005
Page 2

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

*September 30, 2005*
Date